DAVID D. FISCHER, SBN 224900
Attorney at Law
1007 7th Street, Suite 100
Sacramento, CA 95814
Telephone:   (916) 447-8600
Fax:              (916) 930-6482
E-Mail:         davefischer@yahoo.com

Attorney for Defendant
TIMOTHY OLLER

# IN THE UNITED STATES OF DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>TIMOTHY OLLER,<br><br>　　　　　　　Defendant. | No.  2:10-cr-0435 KJM<br><br>**STIPULATION  TO ADVANCE DATE FOR SENTENCING AND ORDER** |

## STIPULATION

　　　Plaintiff, United States of America, by and through its counsel, Jared Dolan and defendant Timothy Oller, by and through his counsel, David D. Fischer, agree and stipulate to vacate the date set for sentencing, March 17, 2011, at 10:00 a.m., in the courtroom of the Honorable Kimberly J. Mueller.  The parties agree that the case may be set for sentencing on February 24, 2011, at 10:00 a.m.   This date is agreeable with the Probation Officer, Lynda Moore

　　　Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

//

1  IT IS SO STIPULATED.

3  Dated:  February 9, 2011                    /s/ David D. Fischer
                                               DAVID D. FISCHER
4                                              Attorney for Defendant
                                               TIMOTHY OLLER

7                                              BENJAMIN B. WAGNER
                                               United States Attorney

9  Dated:  February 9, 2011         By:        /s/ David D. Fischer for
                                               JARED DOLAN
10                                             Assistant U.S. Attorney
                                               Attorney for Plaintiff

13 //
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

**ORDER**

For the reasons set forth in the accompanying stipulation of counsel, the sentencing date of March 17, 2011, at 10:00 a.m. is VACATED and ADVANCED to February 24, 2011, at 10:00 a.m.

IT IS SO ORDERED

Dated:  February 11, 2011.

_____
UNITED STATES DISTRICT JUDGE