1  DAVID D. FISCHER, SBN 224900
   Attorney at Law
2  1007 7th Street, Suite 100
3  Sacramento, CA 95814
   Telephone:    (916) 447-8600
4  Fax:            (916) 930-6482
5  E-Mail:        davefischer@yahoo.com

6  Attorney for Defendant
7  Timothy Jack Oller

8

9          IN THE UNITED STATES OF DISTRICT COURT FOR THE

10              EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,              No.  2:10-cr-0435 KJM

13                      Plaintiff,          **SUBSTITUTION OF ATTORNEY**

14          v.

15

16  TIMOTHY JACK OLLER

17  ,

18                      Defendant.

19

20          It is respectfully requested that I, DAVID D. FISCHER, be relieved as the

21  attorney of record and that TIM WARRINER, Attorney at Law, be substituted in as CJA

22  panel counsel in the above-entitled case.

23
    DATED:  March 10, 2011              /s/ David D. Fischer
24                                       DAVID D. FISCHER

25
    I consent to the substitution.
26  DATED:  March 10, 2011              /s/ David D. Fischer for
27                                       TIMOTHY E. WARRINER

28  I consent to the Substitution.       /s/ David D. Fischer for
    DATED:  March 10, 2011              TIMOTHY JACK OLLER

                                - 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS SO ORDERED

Dated:  March 15, 2011.

_____
UNITED STATES DISTRICT JUDGE